UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

AFRAM KOURKIS BAKA,

    Defendant.

Case: 2:23-cr-20346
Judge: Leitman, Matthew F.
MJ: Altman, Kimberly G.
Filed: 06-14-2023 At 12:56 PM
SEALED MATTER (SS)

Violation:
21 U.S.C. § 841(a)(1)

## Indictment

The Grand Jury charges that:

### Count One
### Possession of Cocaine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

On or about January 31, 2021, in the Eastern District of Michigan, the defendant, AFRAM KOURKIS BAKA, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## Count Two
### Possession of Heroin with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

On or about January 31, 2021, in the Eastern District of Michigan, the defendant AFRAM KOURKIS BAKA, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## Forfeiture Allegations
### Criminal Forfeiture
### 21 U.S.C. § 853

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Federal Rule of Criminal Procedure 32.2.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, AFRAM KOURKIS BAKA, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**This is a True Bill.**

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*/s/ Benjamin Coats*
Benjamin Coats
Chief, Drug Task Force Unit

*/s/ Andrea Hutting*
Andrea Hutting
Assistant United States Attorney

Dated: 6/14/2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case** | Case: 2:23-cr-20346<br>Judge: Leitman, Matthew F.<br>MJ: Altman, Kimberly G.<br>Filed: 06-14-2023 At 12:56 PM<br>SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]:  ☐ Yes  ☒ No | Judge Assigned:<br>AUSA's Initials: RP |

**Case Title:** USA v. AFRAM KOURKIS BAKA

**County where offense occurred:** Monroe Cty and elsewhere

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 14, 2023
Date

*/s/ Andrea Hutting*
Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9110
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.