UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

                                    Case No. 23-cv-20346
                                    Hon. Matthew F. Leitman

AFRAM KOURKIS BAKA,

    Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S EMERGENCY MOTION TO STAY DISTRICT OF ARIZONA'S ORDER OF RELEASE (ECF No. 5)**

Defendant Afram Kourkis Baka is a criminal Defendant in this Court. In November 2023, Baka was arrested in the State of Arizona. A Magistrate Judge for the United States District Court for the District of Arizona then ordered that Baka be released on bond. That court stayed its order of release until 5:00 p.m. Eastern Standard Time on November 20, 2023, to give this Court an opportunity to review that ruling.

The Government opposes bond. On November 20, 2023, the Government filed an emergency motion in this Court in which it asks the Court to (1) stay the Arizona court's order of release and/or (2) revoke the order of release. (*See* Mot., ECF No. 5.)

For the reasons explained in the Government's motion, the Court **GRANTS** the motion in part and **STAYS** the Arizona court's order of release until such time that the Court can fully consider the Government's motion to revoke the order of release and any response that Baka may wish to file to the Government's motion. The Court will issue a ruling on the Government's motion as quickly as practicable. Accordingly, until further order of the Court, Baka shall remain detained in custody.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 20, 2023


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
