UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

AFRAM KOURKIS BAKA,

    Defendant.
_____/

Case No. 23-cr-20346
Hon. Matthew F. Leitman

**ORDER DENYING GOVERNMENT'S MOTION TO REVOKE DISTRICT OF ARIZONA'S ORDER OF RELEASE (ECF No. 5)**

On December 13, 2023, the Court held a hearing on the Government's motion to revoke an order granting pre-trial release to Defendant Afram Kourkis Baka.[1] (*See* Mot., ECF No. 5.)  For the reasons explained on the record, the Government's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated:  December 13, 2023

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

---

[1] In the Government's motion, it sought two forms of relief.  First, it asked the Court to stay an order entered by the United States District Court for the District of Arizona granting Baka pre-trial release until the Court could decide the Government's request to vacate that order.  The Court granted that portion of the motion on November 14, 2023. (*See* Order, ECF No. 6.)  Second, the Government asked the Court to revoke the order of release.  The Court addressed that portion of the motion during the December 13 hearing.

1

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2023, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126