UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AFRAM BAKA,

        Defendant.

Case No. 23-cr-20346
Hon. Matthew F. Leitman

### ORDER IMPOSING FORFEITURE MONEY JUDGMENT AS TO AFRAM BAKA

Based on defendant Afram Baka's ("defendant") guilty plea to Count One, Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), Count Two, Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), and Count Three, Conspiracy to Lauder Monetary Instruments, in violation of 18 U.S.C. § 1956(h) the government's application for imposition of forfeiture money judgment against defendant Afram Baka, all information contained in the record, and pursuant to 18 U.S.C. § 982(a)(1), and Federal Rule of Criminal Procedure 32.2, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

    1.    A forfeiture money judgment in the amount of Two Hundred Sixty-Nine Thousand and Ninety Dollars $269,090.00, is granted and entered against the defendant Afram Baka in favor of the United States of America, an

       amount which represents the value of the property involved in defendant's violation of 18 U.S.C. § 1956(h).

2. To satisfy the money judgment, any assets that the defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets under Federal Rule of Criminal Procedure 32.2(b)(3).

3. This Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

4. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2025

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2025, by electronic means and/or ordinary mail.

                                                       s/Holly A. Ryan
                                                       Case Manager
                                                       (313) 234-5126